IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORGAN RAMOND AST,

      Plaintiff,                    No. 2:13-cv-0177 CKD P

      vs.

PLACER COUNTY JAIL, et al.,

      Defendants.             <u>ORDER</u>

                                /

      Plaintiff, a county prisoner proceeding pro se, has requested that this action be dismissed.  (<u>See</u> Dkt. No. 5.)  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: February 14, 2013

                                                    CAROLYN K. DELANEY
                                                    UNITED STATES MAGISTRATE JUDGE

2/kly
ast0177.59