IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORGAN RAMOND AST,

      Plaintiff,                   No.  2:13-cv-0177 CKD P

      vs.

PLACER COUNTY JAIL, et al.,

      Defendants.            ORDER

_____/

      Plaintiff, a county prisoner proceeding pro se, has requested that this action be dismissed.  (See Dkt. No. 5.)  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: February 14, 2013

                                     _____
                                     CAROLYN K. DELANEY
                                     UNITED STATES MAGISTRATE JUDGE

2/kly
ast0177.59